AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

v.

ESEROMA AMISONE (18)

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 00-00215 DAE-BMK (18)

*SEALED BY ORDER OF THE COURT*

YOU ARE HEREBY COMMANDED TO ARREST ESEROMA ANISONE (18) and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

COUNT 1 - CONDUCTING AN ILLEGAL GAMBLING BUSINESS

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 20 2007
at 3 o'clock and 30 min P.M.
SUE BEITIA, CLERK

in violation of Title 18 United States Code, Section(s) 1956(a) (1) (A) (i) and (h), 1955, 2, & 982.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 16/MAY/00 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Barry M. Kurren, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest JUL 27 2000 | JOEL D RUDOW SPECIAL AGENT | Joel D. Rudow |